■ BERNARD HALL et al., Respondents, v TOWN OF RAMAPO, Appellant. —In an action *inter alia* to declare that a zoning classification of property is unreasonable and confiscatory, the defendant town appeals from an order of the Supreme Court, Rockland County, dated December 2, 1975, which denied its motion to dismiss the complaint. Order affirmed, without costs or disbursements. Under the facts here, the determination of Special Term was proper. Hopkins, Acting P. J., Cohalan, Damiani, Shapiro and Titone, JJ., concur.